# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Cummings, Samuel R. | **2. Court or Organization**<br><br>U.S. District Court Northern District of Texas | **3. Date of Report**<br><br>03/09/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>1205 Texas Avenue Room 308<br>Lubbock, Texas 79401 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. money market-savings - Wells Fargo Bank | B | Interest | O | T | | | | | |
| 2. Oil & Gas Royalty & Working Interests: (H) | | | | | | | | | |
| 3. --Dynegy (Targo) Midstream Service | A | Royalty | | | Sold | 01/01/20 | J | A | |
| 4. --Roy Furr Estate Operator | A | Royalty | J | W | | | | | |
| 5. Steward Energy | E | Royalty | L | W | | | | | |
| 6. Brokerage Account #1 (H) TIC | | | | | | | | | |
| 7. --CD - Provincial Financial Bank, Clayton, MO | B | Interest | K | T | | | | | |
| 8. --CD - National Republic Bank, Chicago, IL | A | Interest | J | T | | | | | |
| 9. --Bond - Barbers Hill TX ISD | B | Interest | | | Redeemed | 02/18/20 | K | A | |
| 10. --Bond - Ft. Worth TX CTF oblig. | B | Interest | | | Redeemed | 07/16/20 | L | A | |
| 11. --Bond - NW Harris County Municipal Utility District | C | Interest | L | T | | | | | |
| 12. --Bond - Donna TX ISD School Building PSF | B | Interest | | | Redeemed | 02/18/20 | L | A | |
| 13. --Bond - Pharr San Juan Alamo TX ISD | B | Interest | | | Redeemed | 02/03/20 | L | A | |
| 14. --Bond - Lubbock TX ISD Sch Bldg Fund PSF | B | Interest | | | Redeemed | 02/18/20 | L | A | |
| 15. --Burleson TX CTF oblig. | A | Interest | K | T | | | | | |
| 16. --McKinney TX Ind. Sch. Dis. g/o | A | Interest | L | T | | | | | |
| 17. Brokerage Account #2 (H) IRA | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --CD - Bank of North Carolina, Thomasville, NC | B | Interest | M | T | | | | | |
| 19. --CD - Discover Bank, Greenwood, DE | B | Interest | M | T | | | | | |
| 20. Brokerage Account #1 (H) TIC | | | | | | | | | |
| 21. --Bond - Texas Tech University Bond | A | Interest | K | T | | | | | |
| 22. --Bond - Temple Tex. Rev. & Ltd. Tax Bds | A | Interest | K | T | | | | | |
| 23. Brokerage Account #2 (H) IRA | | | | | | | | | |
| 24. --Nuveen Quality Preferred FD3 | B | Dividend | K | T | | | | | |
| 25. --Nuveen Quality Preferred FD3 | B | Dividend | K | T | | | | | |
| 26. Brokerage Account #1 (H) TIC | | | | | | | | | |
| 27. --Bond - Ft. Bend TX Util Dis BDS | B | Interest | | | Redeemed | 09/01/20 | L | A | |
| 28. --Bond - Victoria County TX Jr. College Dist. | B | Interest | L | T | | | | | |
| 29. --Bond - Crowley TX ISD | B | Interest | L | T | | | | | |
| 30. --Bond-50 Northside Tex. Ind. Sch. Dis. Tax Bds | B | Interest | L | T | | | | | |
| 31. --Bond-Stanton TX ISD Bldg. Bds | B | Interest | L | T | | | | | |
| 32. --Bond-North Hopkins TX ISD | B | Interest | L | T | | | | | |
| 33. --Bond-Weston Mun. Ut. Dis. TEXU Ltd Bonds | B | Interest | L | T | | | | | |
| 34. --Bond-Cypress Hill Mun. Dist. No. 1 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Brokerage Account #2 (H) (IRA) | | | | | | | | | |
| 36. | --825 shares Tr. High Dividend ETF | B | Dividend | L | T | | | | | |
| 37. | Brokerage Account #1 (H) TIC | | | | | | | | | |
| 38. | --Bond-Lake Mun. Ut. Dis. Tax | B | Interest | M | T | | | | | |
| 39. | --Bond-Edinburgh Tax & Rev. CTFS oblig. | B | Interest | K | T | | | | | |
| 40. | --Bond-Houston Higher Ed. Fin. Corp. | B | Interest | L | T | | | | | |
| 41. | --Bond-Fort Bend Cnty. Util. Dist. | B | Interest | K | T | | | | | |
| 42. | Brokerage Account-#2 (H) IRA | | | | | | | | | |
| 43. | --First Tr Value Divid Index SHS | B | Dividend | M | T | | | | | |
| 44. | --First Tr ETF Staples ALPHA DEX | B | Dividend | M | T | | | | | |
| 45. | --Global X FD DIS ETF | B | Dividend | L | T | | | | | |
| 46. | --Wells Fargo Corporate Bond | B | Interest | | | Redeemed | 02/19/20 | M | A | |
| 47. | --Wells Fargo Corporate Bond | B | Interest | L | T | | | | | |
| 48. | --JP Morgan Chase Corporate Bond | B | Interest | M | T | | | | | |
| 49. | Brokerage Account #1 (H) TIC | | | | | | | | | |
| 50. | --Travis Cnty Ctfs of Oblig | B | Interest | K | T | | | | | |
| 51. | --New Caney Util Dis Tax Bds | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  --Travis Cnty Tx Mun Util Dis No. 16 | C | Interest | M | T | | | | | |
| 53.  --Lbb Cooper ISD Bond | B | Interest | K | T | | | | | |
| 54.  --Houston Tx Bds | B | Interest | L | T | | | | | |
| 55.  --Tomball Tx ISD Bds | B | Interest | M | T | | | | | |
| 56.  --Centerville Tx ISD Bds | B | Interest | M | T | | | | | |
| 57.  --Alief Tx ISD Bds | B | Interest | L | T | | | | | |
| 58.  --Chambers County Bds | B | Interest | L | T | | | | | |
| 59.  --Willow Fork Drain Dis Tx Bds | B | Interest | M | T | | | | | |
| 60.  --College Station Tx ISD Bds | B | Interest | L | T | | | | | |
| 61.  --Klein Tx ISD Bds | B | Interest | L | T | | | | | |
| 62.  --Lovejoy Tx ISD Bds | B | Interest | M | T | | | | | |
| 63.  --Prosper Tx ISD Bds | B | Interest | L | T | | | | | |
| 64.  --Red Oak Tx ISD Bds | B | Interest | M | T | | | | | |
| 65.  --Tex Tech Rev Bds | B | Interest | M | T | | | | | |
| 66.  --Borger Tx ISD Bds | B | Interest | M | T | | | | | |
| 67.  --Harris Co. Tx Mun Bds | B | Interest | L | T | | | | | |
| 68.  --Pharr San Juan Tx ISD Bds | B | Interest | | | Redeemed | 02/03/20 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   --West Harris Co. Tx Mun Bds | B | Interest | M | T | | | | | |
| 70.   --Horizon Tx Mun. Bds | B | Interest | L | T | | | | | |
| 71.   --Plano Tx GO Bds | B | Interest | L | T | | | | | |
| 72.   --Woodcreek Resv Munc Util Bds | B | Interest | K | T | | | | | |
| 73.   --Whitehouse Tx ISD Bds | B | Interest | M | T | | | | | |
| 74.   --El Paso Hosp Dis Bds | B | Interest | M | T | | | | | |
| 75.   --Irving Tx Bds | B | Interest | M | T | | | | | |
| 76.   --North Tx Mun WTR Rev Bds | B | Interest | L | T | | | | | |
| 77.   --Waco Tx Rev CTFS | B | Interest | M | T | | | | | |
| 78.   --Arlington Fin Corp Harmony Pub Schs | B | Interest | M | T | | | | | |
| 79.   --Richardson CTFS of Oblig | B | Interest | M | T | | | | | |
| 80.   --Harris - Mtgy Co Mun Util Dis | A | Interest | L | T | | | | | |
| 81.   --Willow Fork Drain Dis Util Bds | A | Interest | L | T | | | | | |
| 82.   --Hartford Finan FIX/FLT 42 | B | Dividend | L | T | | | | | |
| 83.   --Public Storage SHS | B | Dividend | L | T | | | | | |
| 84.   --Wells Fargo Dep SHS | B | Dividend | L | T | | | | | |
| 85.   --Ector Cnty CTFS of Oblig. | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  --Waco Tx CTFS of Oblig. | B | Interest | L | T | | | | | |
| 87.  --Brazoria Co UT Dist Bds | B | Interest | L | T | | | | | |
| 88.  --Paloma Lake Tx Bds | B | Interest | L | T | | | | | |
| 89.  Brokerage Acct. #2 IRA | | | | | | | | | |
| 90.  --First Trust DSIP Portfolio | B | Interest | M | T | | | | | |
| 91.  --2017 BJ ELN Series | B | Interest | L | T | | | | | |
| 92.  --ISHARES USA ETF | B | Dividend | L | T | | | | | |
| 93.  Brokerage Acct. #1 TIC | | | | | | | | | |
| 94.  --University TX BDS | B | Interest | L | T | | | | | |
| 95.  --Frisco TX ISD | B | Interest | L | T | | | | | |
| 96.  --Hidalgo Cnty TX CFTS OBLIG | B | Interest | M | T | | | | | |
| 97.  --Texas Tech Univ BDS Ser 2015A | A | Interest | L | T | | | | | |
| 98.  Brokerage Acct. #2 IRA | | | | | | | | | |
| 99.  --First Trust DVD 2Q '18 Term | B | Dividend | M | T | | | | | |
| 100.  --First Trust S&P DVD Target | B | Dividend | M | T | | | | | |
| 101.  Brokerage Acct. #1 (TTC) | | | | | | | | | |
| 102.  --Denton County WTR Supply Dist. BDS | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --St. George Redev TX BDS | B | Interest | L | T | | | | | |
| 104.  --Goldthwaite TX ISD BDS | B | Interest | L | T | | | | | |
| 105.  --Montgomery Cnty WTR IMPT Dis TX Bds | B | Interest | L | T | | | | | |
| 106.  --Travis Co. Util. Dis BDS | A | Interest | K | T | | | | | |
| 107.  Brokerage Acct. #2 (IRA) | | | | | | | | | |
| 108.  --Smart Trust Equities Trust | B | Dividend | | | Redeemed | 07/23/20 | M | A | |
| 109.  --Wells Fargo CD | B | Interest | | | Redeemed | 07/30/20 | M | A | |
| 110.  --First Trust S&P DVD Target 25 | C | Dividend | N | T | | | | | |
| 111.  --Invpsco DVD Portfolio 193 Term | C | Dividend | N | T | | | | | |
| 112.  --Guggenheim Strategy 029 Term | B | Dividend | L | T | | | | | |
| 113.  Brokerage Acct. #1 TIC | | | | | | | | | |
| 114.  --Nuveen Amt Mun. Income | D | Int./Div. | | | Buy | 02/19/20 | N | | |
| 115.  --Nuveen Amt Mun. Income | A | Int./Div. | | | Buy | 09/08/20 | K | | |
| 116.  Brokerage Acct. #2 IRA | | | | | | | | | |
| 117.  --1 Shares Trust Select DIVID ETF | B | Dividend | M | T | Buy | 02/25/20 | M | | |
| 118.  --First Trust Amer. Reinvtm Unit Trust | B | Dividend | M | T | Buy | 08/11/20 | M | | |
| 119.  --Guggenheim US Capitol Portfolio | A | Dividend | K | T | Buy | 08/11/20 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Smart Trust Defensive 50 Equities | B | Dividend | M | T | Buy | 08/11/20 | M | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Cummings, Samuel R.** | 03/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel R. Cummings**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544